UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAROL TYCZYNSKI, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GMRI, INC., d/b/a Red Lobster, a Florida corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00949-TLN-AC<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT UNTIL AFTER THE SCHEDULED MEDIATION** |

ORDER

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

# **ORDER**

The Court has read and considered the Parties' Joint Stipulation to Extend Time For Defendants To Respond To Plaintiff's First Amended Complaint until after the scheduled mediation.

GOOD CAUSE APPEARING, the deadline for Defendants to respond to Plaintiff's First Amended Complaint is extended to November 13, 2015.  In the event that mediation is canceled by either party, Defendants' responsive pleading shall be filed within 21 calendar days of either party providing written notice of cancellation of the mediation.

**IT IS SO ORDERED.**

Dated:  July 23, 2015

_____
Troy L. Nunley
United States District Judge

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

ORDER                                2.