Matthew T. Theriault (SBN 244037)
Matthew.Theriault@CapstoneLawyers.com
Robert Drexler (SBN 119119)
Robert.Drexler@CapstoneLawyers.com
Jonathan Lee (SBN 267146)
Jonathan.Lee@CapstoneLawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiff Karol Tyczynski

Carlos Jimenez (SBN 227534)
cajimenez@littler.com
Littler Mendelson, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: (310) 553-0308
Facsimile: (310) 553-5583

Attorneys for Defendants GMRI, INC. and Darden Restaurants, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAROL TYCZYNSKI, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GMRI, INC., d/b/a Red Lobster, a Florida corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00949-TLN-AC<br><br>**ORDER GRANTING THE PARTIES' STIPULATION TO DISMISS** |

## ORDER GRANTING STIPULATION TO DISMISS

The Court, having reviewed the parties' Joint Status Report and Request for Dismissal of Action With Prejudice, and finding that good cause has been shown, hereby orders that the above-captioned action is dismissed, in its entirety, with prejudice; provided, however, that if any party does not fully comply with all terms and conditions of the Joint Stipulation of Class Action Settlement and Release entered into by the Parties in the *Carter* Matter, upon receiving notice from any party that a party has not fully complied with any of the terms and conditions of the Joint Stipulation of Class Action Settlement and Release entered into by the Parties in the *Carter* Matter, then the dismissal shall be vacated and the parties will be returned to their original respective positions.

**IT IS SO ORDERED.**

Dated: January 27, 2017

_____
Troy L. Nunley
United States District Judge